UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:15-107 |
| | ) | |
| DANIEL WALTER WADE, JR. | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Andrew M. Magruder,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Andrew M. Magruder** be granted leave of absence for the following periods: **June 1, 2016 through June 3, 2016; June 27, 2016 through July 1, 2016; and September 22, 2016 through September 23, 2016.**

This 9th day of May, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia